UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TROUPE,<br><br>            Plaintiff,<br><br>    v.<br><br>WILLIAM SWAIN, et al.,<br><br>            Defendants. | CASE NO. 3:16-CV-05380-RJB-DWC<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE ADDRESS OF UNSERVED DEFENDANT |

      The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff David Troupe was granted leave to proceed *in forma pauperis* ("IFP") on June 3, 2016 and filed his First Amended Complaint on June 6, 2016. Dkt. 6, 10. On June 6, 2016, the Court directed service of Plaintiff's First Amended Complaint on the named Defendants. Dkt. 11. The Clerk's Office mailed the Complaint and waiver of service forms to each Defendant. However, the mailings sent to Defendants Lt. Reninger, Antonio Lopez, and RN Judge were returned to the Court stating the three Defendants no longer work at the Department of Corrections. Dkt. 15-17.

1 | While the Court has the duty to serve the summons and complaint, *see* 28 U.S.C. § 1915(d), an IFP plaintiff still bears the burden of providing accurate and sufficient information to effect service. *See Walker v. Sumner*, 14 F.3d 1415 (9th Cir. 1994); *see also* Fed. R. Civ. P. 4. When an IFP plaintiff fails to provide the Court with accurate and sufficient information to effect service of the summons and complaint, it is appropriate for the Court to *sua sponte* dismiss the unserved defendant. *Walker*, 14 F.3d at 1421-22 (quoting *Puett v. Blanford*, 912 F.2d 270, 275 (9th Cir. 1990), *abrogated on other grounds by Sandin v. Connor*, 515 U.S. 472 (1995)).

Plaintiff is directed to provide the complete address for Defendants Reninger, Lopez, and Judge so the Court can again attempt service by mail. The addresses must be provided to the Court on or before July 21, 2016 or the Court will recommend dismissal of Defendants Reninger, Lopez, and Judge from this action for failure to prosecute.

Dated this 21st day of June, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge