UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

    Plaintiff,

v.

WILLIAM SWAIN, et al.,

    Defendants.

CASE NO. 3:16-CV-05380-RJB-DWC

ORDER ON MOTION FOR PROTECTIVE ORDER

Plaintiff David Troupe, proceeding *pro se* and *in forma pauperis*, initiated this action pursuant to 42 U.S.C. § 1983. Presently pending before the Court is Defendants' Motion for Protective Order ("Motion"), wherein Defendants request an order limiting discovery. Dkt. 43.[1] Plaintiff filed his Response and Defendants filed their Reply. Dkt. 45, 46.

The Court has broad discretionary powers to control discovery. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Upon showing of good cause, the Court may deny or limit discovery "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense[.]" Fed. R. Civ. P. 26(c); *see also GTE Wireless, Inc. v. Qualcomm, Inc.*, 192 F.R.D. 284, 285–86 (S.D. Cal. 2000). A court may also relieve a party of the burdens of

---

[1] Also pending in this action are: (1) Defendants' Motion to Dismiss in Part under Fed. R. Civ. P. 12(c) (Judgment on the Pleadings), which is ready for the Court's consideration on September 16, 2016 (Dkt. 41); and (2) Defendants' Motion and Memorandum for Summary Judgment and Dismissal under Fed. R. Civ. P. 56, which is ready for the Court's consideration on October 7, 2016 (Dkt. 48).

ORDER ON MOTION FOR PROTECTIVE ORDER
- 1

1  discovery while a dispositive motion is pending. *DiMartini v. Ferrin*, 889 F.2d 922 (9th Cir.

2  1989), *amended at* 906 F.2d 465 (9th Cir. 1990); *Rae v. Union Bank*, 725 F.2d 478 (9th Cir.

3  1984).

4       Discovery began on August 5, 2016. *See* Dkt. 40. As of September 2, 2016, Plaintiff had

5  not sent discovery requests to Defendants. Dkt. 47, Judge Supplemental Declaration, ¶4. The

6  discovery completion date is February 6, 2017. Dkt. 40. Therefore, at this time, the Court finds

7  Defendants' Motion premature. If Plaintiff begins to propound discovery in a manner which is

8  unduly burdensome on Defendants or unnecessary in light of the pending dispositive motions,[2]

9  Defendants may move for a protective order at that time. Accordingly, Defendants' Motion is

10 denied without prejudice.[3]

11      Dated this 9th day of September, 2016.

                                  /s/ David W. Christel
                                  David W. Christel
                                  United States Magistrate Judge

---

[2] Defendants have moved, in part, to dismiss this case based on Plaintiff's failure to state a claim and failure to exhaust his administrative remedies. *See* Dkt. 41, 48.

[3] Defendants requested the Court stay discovery pending the outcome of the Motion. *See* Dkt. 43. As the Court has ruled on the Motion, the request to stay discovery is denied as moot.