UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TROUPE,<br><br>                 Plaintiff,<br><br>    v.<br><br>WILLIAM SWAIN, et al.,<br><br>                 Defendant. | CASE NO. 16-5380 RJB-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 92. The Court has considered the Report and Recommendation, objections, if any, and the remaining record.

The facts are in the Report and Recommendation (Dkt. 92, at 1-6) and are adopted here. The Report and Recommendation recommends that all Plaintiff's claims against all remaining Defendants be summarily dismissed. Dkt. 92.

The Report and Recommendation (Dkt. 92) should be adopted. Plaintiff failed to demonstrate that there are issues of fact as to whether Defendants' placement of Plaintiff in a restraint bed for twelve hours one night after he indicated he had a razor blade and referenced

suicide: (1) constituted excessive force, (2) demonstrated deliberate indifference to a serious risk to Plaintiff's health or safety, or (3) was in retaliation for Plaintiff's filing of grievances. As provided in the Report and Recommendation, the Defendants are entitled to a judgment as a matter of law, and this case should be dismissed.

Further, as recommended in the Report and Recommendation, this case should be summarily dismissed because the case is malicious and frivolous. The dismissal should be counted as a strike pursuant to 28 U.S.C. § 1915(g). The Report and Recommendation (Dkt. 92) should be adopted.

## **ORDER**

Accordingly, it is **ORDERED** that:

- The Report and Recommendation (Dkt. 92) **IS ADOPTED**;
    - Defendants' Motion for Summary Judgment (Dkt. 74) **IS GRANTED;**
    - All claims against the remaining Defendants **ARE DISMISSED PREJUDICE**;
    - This case is **DISMISSED** as malicious and frivolous. The dismissal is a **STRIKE** pursuant to 28 U.S.C. § 1915(g).

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Christel, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 5th day of June, 2017.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge